IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CV-00659-M-KS

| | |
|---|---|
| TONYA LANNETTE SCOTT, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )     ORDER<br>) |
| LELAND DUDEK,<br>Acting Commissioner of Social Security, | )<br>)<br>) |
| Defendant. | )<br>) |

This matter comes before the court on the Plaintiff's brief in support of appeal, construed as a Motion for Judgment on the Pleadings (DE 9), and Defendant's motion seeking an order remanding this case pursuant to sentence four of 42 U.S.C. § 405(g) for "further fact finding and analysis" (DE 11). Plaintiff consents to Defendant's motion.

For good cause shown, Defendant's motion is GRANTED and Plaintiff's motion is DENIED WITHOUT PREJUDICE as moot. The court reverses the Commissioner's decision and remands this case to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this case.

SO ORDERED this 21st day of March, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE