UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TONYA SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No: 5:24-CV-659-M-KS |
| ) | |
| LELAND C. DUDEK, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Richard E. Myers, II, Chief United States District Judge, for consideration of the defendant's consent motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 21, 2025, that defendant's consent motion to remand is granted and the Commissioner's decision is reversed. This matter is remanded to the Social Security Administration pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings.

**This Judgment Filed and Entered on March 21, 2025, and Copies To:**

Paul T. McChesney (via CM/ECF Notice of Electronic Filing)
Wanda D. Mason (via CM/ECF Notice of Electronic Filing)


March 21, 2025                    PETER A. MOORE, JR., CLERK

                                  　/s/ Sandra K. Collins            
                                  (By) Sandra K. Collins, Deputy Clerk