IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-cv-00659-M-KS

| | |
|---|---|
| TONYA SCOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| FRANK BISIGNANO, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

This matter comes before the court on the Plaintiff's Consent Motion for Attorney's Fees Under the Equal Access to Justice Act [DE 15]. The motion is GRANTED as follows. Defendant shall pay to Plaintiff $2,430.00 in attorney's fees and $405.00 in costs, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Paul T. McChesney, and mailed to his office at McChesney and McChesney, P.C., 930 South Pine Street, Spartanburg, SC 29302, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this 16th day of June, 2025.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE